≋Prob 12C
(Rev. 10/20 - D/SC)

# United States District Court

for

District of South Carolina

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Kenneth Crawford, Jr.    **Case Number:** 3:14CR00240-003

**Name of Sentencing Judicial Officer:** The Honorable Joseph F. Anderson, United States District Judge

**Date of Original Sentence:** June 22, 2015

**Original Offense:** <u>Count Three:</u>  Importation of More Than 100 Grams of Heroin, Aiding and Abetting, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(2), 851, and 18 U.S.C. § 2.

**Original Sentence:**  The defendant was committed to the custody of the Bureau of Prisons for 120 month(s) followed by 8 years supervised release. The following special conditions were ordered: 1) The defendant shall submit to random drug testing program as administered by the U.S. Probation office; and 2) Unless able to secure stable and verifiable employment, the defendant shall participate in a Vocational Training or Work Force Development Program as approved by the U.S. Probation Office.

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** February 3, 2023

**Assistant U.S. Attorney:** Stacey D. Haynes    **Defense Attorney:** Jason Peavy

**Previous Court Action/Notification(s):**  On April 11, 2023, the Court was notified of the defendant's positive marijuana urinalysis. The defendant's conditions were modified as follows: 1) You shall participate in, and successfully complete, a residential and/or out-patient substance abuse treatment program, which may include drug testing and detoxification service, as approved, and directed by the Probation Office.

# PETITIONING THE COURT

x     To issue a warrant (petition and warrant to remain under seal)

☐     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Use/Possession of Illegal Drugs:** On January 27, 2023, in the District of Columbia. The defendant tested positive for and voluntarily confessed to using marijuana. |
| 2. | **Use/Possession of Illegal Drugs:** On February 13, 2024, in the District of Columbia, the defendant tested positive THC, indicating marijuana use. This test was confirmed positive by Abbott Toxicology Services, using GC/MS testing on February 20, 2024. |
| 3. | **Use/Possession of Illegal Drugs:** On February 13, 2024, in the District of Columbia, the defendant tested positive for Norfentanyl. This test was confirmed positive by Abbott Toxicology Services, using GC/MS testing on February 20, 2024. |
| 4. | **Failure to Complete Substance Abuse Treatment:** On February 24, 2024, the defendant completed his substance abuse disorder assessment and Family and Medical Counseling Services. The accessor recommended additional treatment. The defendant has failed to make himself available to begin treatment. |
| 5. | **Failure to Permit the Probation Officer to Visit him Anytime at Home or Elsewhere:** Several attempts have been made to contact the defendant at his last reported residence. The defendant has failed to respond to multiple phone calls, home contacts, and a letter that was mailed on May 7, 2024. The defendant has failed to make himself available for supervision since March 15, 2024, or anytime thereafter. Currently, his whereabouts are unknown. |
| 6. | **Failure to Report:** The defendant failed to report to the U.S. Probation Office in the District of Columbia on May 13, 2024. |
| 7. | **Failure to Secure Stable and Verifiable Employment:** The defendant has been unemployed since the commencement of supervision. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 12, 2024  

*Joshua A. Spann*  
Joshua A. Spann  
U.S. Probation Officer  
Columbia Office

Reviewed and Approved By:

*Stephene D. Ford*  
Stephene D. Ford  
Supervising U.S. Probation Officer

Prob 12C  
(Rev. 10/20 - D/SC)

Page 4

---

**THE COURT ORDERS:**

☐      No action.

■      The issuance of a warrant.

      ■      **The Petition and Warrant shall remain under seal until served by the United States Marshal Service.**

☐      The issuance of a summons.

---

**BOND CONSIDERATION:**

■      Bond to be set at the discretion of the United States Magistrate Judge.

☐      No bond to be set.

☐      Other (specify):

*/s/ Joseph F. Anderson, Jr.*

Joseph F. Anderson, Jr.  
U.S. District Judge

June 13, 2024  
Date